

Access the law℠

Griffin C. Klema
Attorney at Law

420 W. KENNEDY BOULEVARD, TAMPA, FLORIDA 33606
PO BOX 172381 TAMPA, FLORIDA 33672
202-713-5292   Griffin@KlemaLaw.com

April 5, 2023

VIA ECF

The Honorable Jesse M. Furman
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**RE: First joint letter-motion for extension of time to respond to plaintiff's complaint [ECF 1]**
Style:      *Prepared Food Photos, Inc. v. 8coupons, Inc.*
Case No.:   1:23-cv-02146
Court:      United States District Court for the Southern District of New York

Dear Judge Furman,

This firm represents defendant 8coupons, Inc. in the above matter. I write this letter-motion on behalf of all parties regarding 8coupons' deadline for a response to plaintiff Prepared Food Photos, Inc. ("PFP") complaint, [ECF 1]. 8coupons was served with the original process on March 16, 2023, [ECF 9], and the deadline pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i) is April 6, 2023. This is its first request for an extension of time.

Plaintiff PFP does not oppose the requested extension of time for 8coupons' response to the motion. The parties jointly agree that the requested deadline be extended to May 4, 2023, to accommodate settlement negotiations between the parties.

Further to Your Honor's local rule 2.E., The original date of the deadline is April 6, 2023; there are no previous requests for this extension; therefore, no previous requests were either granted or denied; the request is being made to allow the parties to engage in settlement negotiations and obviate the need for possible response to the complaint and other deadlines; plaintiff PFP consents to this extension of time; and the parties' next scheduled appearance before the Court is June 28, 2023 at 9:00 AM pursuant to the Court's Notice of Initial Pretrial Conference [ECF 8], together with a further deadline the Thursday prior to that conference falling on Thursday, June 22, 2023, for submission of the parties' joint letter together with proposed case management plan and proposed scheduling order.

The Honorable Jesse M. Furman
April 5, 2023
Page 2

---

Assuming the normal deadlines under Rules 16 and 26 were modified by the Court's Notice [ECF 8], the only further deadline I believe would include the parties' initial disclosures, which would presumptively be due July 6, 2023 (14 days after the Rule 26 report). No other Rules-based or Court-ordered deadlines are believed to exist.

Accordingly, defendant 8coupons, Inc. respectfully requests the Court grant this joint letter-motion for extension of time to respond to plaintiff Prepared Food Photos' complaint to and including May 4, 2023. Thank you.

Respectfully,

Griffin C. Klema, Esq.
for the parties

cc: client
    file