IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Case No. 1:23-cv-02146-JMF

PREPARED FOOD PHOTOS, INC. f/k/a
ADLIFE MARKETING &
COMMUNICATIONS CO., INC.,

    Plaintiff,

v.

8COUPONS, INC.,

    Defendant.

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), plaintiff Prepared Food Photos, Inc. f/k/a Adlife Marketing & Communications Co., Inc. ("Plaintiff") and defendant 8Coupons, Inc. ("Defendant") (each a "Party" and collectively, the "Parties"), being all parties who entered an appearance in this lawsuit, hereby jointly and mutually stipulate to the dismissal with prejudice of all claims asserted herein, with each party to bear the cost of its own attorneys' fees and costs incurred in this lawsuit. The Parties have entered into a confidential settlement agreement and mutual general release that fully resolves this lawsuit.

    Respectfully submitted on April 26, 2023.

| | |
|---|---|
| COPYCAT LEGAL PLLC<br>3111 N. University Drive<br>Suite 301<br>Coral Springs, FL 33065<br>Telephone: (877) 437-6228<br>dan@copycatlegal.com | KLEMA LAW, P.L.<br>PO Box 172381<br>Tampa, FL 33672<br>Telephone: (202) 713-5292<br>griffin@klemalaw.com |

| | |
|---|---|
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| By: /s/ Daniel DeSouza | By: __/s/ Griffin Klema_____ |
|     Daniel DeSouza, Esq. |     Griffin C. Klema, Esq. |

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will electronically serve all counsel of record.

/s/ Daniel DeSouza____

Daniel DeSouza